UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 17 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 12CR5179-BEN |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| FAVIAN OBESO-LOPEZ, | |
| Defendant. | |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

<u> X </u>  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

<u>    </u>  the Court has dismissed the case for unnecessary delay; or

<u>    </u>  the Court has granted the motion of the Government for dismissal, without prejudice; or

<u>    </u>  the Court has granted the motion of the defendant for a judgment of acquittal; or

<u>    </u>  a jury has been waived, and the Court has found the defendant not guilty; or

<u>    </u>  the jury has returned its verdict, finding the defendant not guilty;

<u> X </u>  of the offense(s) as charged in the Information:

21 USC 952 AND 960 - CONSPIRACY TO IMPORT MARIJUANA

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/17/13

_____
William McCurine, Jr.
U.S. Magistrate Judge